# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI


**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**
        **Plaintiff,**

-vs-                                                    Case No.  1:18-CV-63

**MPW INDUSTRIAL SERVICES, INC.,**
        **Defendant.**
_____


## JUDGMENT IN A CIVIL CASE

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |


**IT IS ORDERED AND ADJUDGED**

that judgment is entered in accordance with the Consent Decree (doc. 12).


Date:  October 23, 2018                    RICHARD W. NAGEL, CLERK


                                    By:s/Benjamin J. Codispoti
                                    Benjamin Codispoti,  Deputy Clerk